UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PANDORA JEWELRY, LLC, a Maryland corporation,<br><br>Defendant. | Case No.: 20-CV-1951 JLS (BGS)<br><br>**ORDER VACATING ALL PENDING DATES AND DEADLINES PURSUANT TO NOTICE OF SETTLEMENT**<br><br>(ECF No. 9) |

Presently before the Court is Defendant Pandora Jewelry, LLC's ("Defendant") Notice of Settlement ("Notice," ECF No. 9). Defendant indicates that the Parties have reached a settlement, that the Parties will file a joint stipulation of dismissal with prejudice once the terms have been finalized, and that, as a result, "the Parties respectfully request that the Court vacate all pending dates and deadlines." *Id.* at 1. Good cause appearing, the Court **VACATES** all pending dates and deadlines in the above-captioned matter, including but not limited to the deadline for Defendant to respond to the Complaint.

**IT IS SO ORDERED.**

Dated: March 12, 2021

Hon. Janis L. Sammartino
United States District Judge