UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>PANDORA JEWELRY, LLC,<br><br>Defendant. | Case No.:  20-cv-01951-JLS-BGS<br><br>**ORDER ON JOINT MOTION FOR DISMISSAL**<br><br><br><br>**[ECF No. 12]** |

Presently before the Court is the parties' Joint Motion for Dismissal wherein the parties request that the Court dismiss "all claims asserted in this action with prejudice." (ECF No. 12 at 2.)  Having read and considered the joint motion, and good cause appearing, the Court hereby **GRANTS** the parties' request to **dismiss with prejudice** all individual claims asserted by Plaintiff against Defendant.  However, all class action claims are hereby **dismissed without prejudice**.  *See* Fed. R. Civ. P. 41(a).  Each party shall bear her or its own costs and attorney's fees.  The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

Dated:  September 23, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1

20-cv-01951-JLS-BGS